# Exhibit A

| | |
|---|---|
| **From:** | Anthony Ross |
| **To:** | Damian Kelsick |
| **Subject:** | RE: Caribbean Galaxy et al v. MSR Media et al |
| **Date:** | Monday, May 20, 2024 9:35:56 AM |

Good morning, King's Counsel:

I acknowledge receipt of your email below together with courtesy copies of the subpoenas served on behalf of MSR and Martinez pursuant to 1782 Proceedings ( In Re: Martinez and MSR Media SKN LTD., Case No. 1:24-mc-20492-RKA) brought in the United States for discovery relating to the captioned action in St. Kitts.

Respectfully,


Anthony Ross
E. Anthony Ross KC, P.Eng., FCIArb
E. ANTHONY ROSS PROFESSIONAL SERVICES

**From:** Damian Kelsick <desk@kwfonline.com>
**Sent:** Monday, May 20, 2024 8:50 AM
**To:** Anthony Ross <aross@arosslaw.com>
**Subject:** Caribbean Galaxy et al v. MSR Media et al

Dear Mr. Ross

Please find attached copies of the subpoenas served on behalf of our clients pursuant to 1782 Proceedings ( In Re: Martinez and MSR Media SKN LTD., Case No. 1:24-mc-20492-RKA) brought in the United States for discovery relating to the captioned action.

Regards

--
**Damian E. S. Kelsick, KC | Partner | Kelsick, Wilkin & Ferdinand | Independence Square South, Basseterre, St. Kitts | T: (869) 465-2645 | F: (869) 465-7808 | Web:** www.kwfonline.com

**CONFIDENTIAL - The information in this e-mail message is confidential and may be legally privileged and protected by law. It is intended solely for the individual(s) to whom it is addressed. If you are not the intended recipient please notify the sender immediately, delete the e-mail from your system and do not copy or disclose it to anyone else.**