# Exhibit B

| | |
|---|---|
| **From:** | Byron & Byron |
| **To:** | Damian Kelsick |
| **Subject:** | Re: Timothy Harris v. MSR Media et al. |
| **Date:** | Monday, May 20, 2024 12:37:53 PM |

Received with thanks.

**BYRON & BYRON**
Barristers-at-Law & Solicitors
of the Eastern Caribbean Supreme Court

Chambers, P.O. Box 154, O'Loughlin House, Fort Street, Basseterre, St. Kitts, West Indies.

**Telephone:** (869) 465-2055 or (869) 465-5952

**Fax:**           (869) 465-7191

**E-Mail:**      office@byronlawchambers.com

_____

**THIS E-MAIL (AND ANY ATTACHMENTS) MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED INFORMATION INTENDED ONLY FOR THE ADDRESSEE. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY US IMMEDIATELY AND DELETE THE E-MAIL**

On Mon, May 20, 2024 at 8:53 AM Damian Kelsick <desk@kwfonline.com> wrote:

> Dear Mr. Byron
>
> Please find attached copies of the subpoenas served on behalf of our clients pursuant to 1782 Proceedings ( In Re: Martinez and MSR Media SKN LTD., Case No. 1:24-mc-20492-RKA) brought in the United States for discovery relating to the captioned action.
>
> Regards
>
> **Damian E. S. Kelsick KC**
> Partner
> Kelsick, Wilkin & Ferdinand
> Independence Square South • Basseterre • St. Kitts
> T: (869) 465-2645 • F: (869) 465-7808 • Web
>
> *CONFIDENTIAL - The information in this e-mail message is confidential and may be legally privileged and protected by law. It is intended solely for the individual(s) to whom it is addressed. If you are not the intended recipient please notify the sender immediately, delete the e-mail from your system and do not copy or disclose it to anyone else.*