# Exhibit C

To:                    Page: 2 of                2024-01-29 13:07:26 PST            19548277645           From: Kaity Toon
1/29/24, 4:31 PM



# Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet

---

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H24000039371 3)))

|||||||||||||||||||||||||||||||||||||||||||||||
H240000393713ABC$

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

---

```
To:
        Division of Corporations
        Fax Number      : (850)617-6380

From:
        Account Name    : C T CORPORATION SYSTEM
        Account Number  : FCA000000023
        Phone           : (614)280-3338
        Fax Number      : (614)573-3996

**Enter the email address for this business entity to be used for future
  annual report mailings. Enter only one email address please.**

        Email Address:_____
```

---

## REGISTERED AGENT CHANGE
## STANDARD CHARTERED BANK

| Certificate of Status | 0 |
|---|---|
| Certified Copy | 1 |
| Page Count | 02 |
| Estimated Charge | $43.75 |

Electronic Filing Menu      Corporate Filing Menu                    Help



## STATEMENT OF CHANGE OF REGISTERED OFFICE OR REGISTERED AGENT OR BOTH FOR CORPORATIONS

*Pursuant to the provisions of sections 607.0502, 617.0502, 607.1508, or 617.1508, Florida Statutes, this statement of change is submitted for a corporation organized under the laws of the State of _____ _____ in order to change its registered office or registered agent, or both, in the State of Florida.*

1. The name of the corporation: Standard Chartered Bank

2. The principal office address: 1095 Avenue of the Americas, 37th Floor, New York, NY 10036

3. The mailing address (if different): _____

4. Date of incorporation/qualification: 02/27/1978     Document number: 840092

5. The name and street address of the current registered agent and registered office on file with the Florida Department of State: (If resigned, enter resigned)

   Corporation Company of Miami

   200 South Biscayne Boulevard, Suite 4100

   Miami, FL 33131

6. The name and street address of the new registered agent (if changed) and /or registered office (if changed):

   C T Corporation System

   1200 South Pine Island Road

   P O Box NOT acceptable

   Plantation, Florida 33324

The street address of its registered office and the street address of the business office of its registered agent, as changed, will be identical.

Such change was authorized by resolution duly adopted by its board of directors or by an officer so authorized by the board, or the corporation has been notified in writing of the change.

_____     Caitlin Behrens, COO
Signature of an officer or director     Printed or Typed name and Title

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligation of my position as registered agent. Or, if this document is being filed merely to reflect a change in the registered office address, I hereby confirm that the corporation has been notified in writing of this change*

By:   C T Corporation System  _____     1/29/24
      Signature of Registered Agent             Date

If signing on behalf of an entity:

Kaity Toon, Assistant Secretary
_____
Typed or Printed Name

### * * * FILING FEE: $35.00 * * *

MAKE CHECKS PAYABLE TO FLORIDA DEPARTMENT OF STATE
MAIL TO: DIVISION OF CORPORATIONS, P.O. BOX 6327, TALLAHASSEE, FL 32314
CR2E045 (04/13)