# Exhibit D

**2023 FOREIGN PROFIT CORPORATION REINSTATEMENT**

DOCUMENT# 840092

**Entity Name:** STANDARD CHARTERED BANK PLC

**FILED**

**Jan 19, 2023**
**Secretary of State**
**9303367837CR**

**Current Principal  Place of Business:**

1 BASINGHALL AVENUE
LONDON,   EC2V 5DD

**Current Mailing Address:**

1 BASINGHALL AVENUE
LONDON,   EC2V 5DD  GB

**FEI Number: 94-1595409**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CORPORATION COMPANY OF MIAMI
200 SOUTH BISCAYNE BOULEVARD
 SUITE 4100
MIAMI, FL  33131  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   ALFRED G. SMITH                                                                    01/19/2023

Electronic Signature of Registered Agent                                                      Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | CEO, AMERICAS | | Title | D |
| Name | CRANWELL, STEVEN | | Name | VINALS, JOSE |
| Address | 1 BASINGHALL AVENUE | | Address | 1 BASINGHALL AVENUE |
| City-State-Zip: | LONDON   EC2V 5DD | | City-State-Zip: | LONDON   EC2V 5DD |
| | | | | |
| Title | D | | Title | D |
| Name | WINTERS, BILL | | Name | HALFORD, ANDY |
| Address | 1 BASINGHALL AVENUE | | Address | 1 BASINGHALL AVENUE |
| City-State-Zip: | LONDON   EC2V 5DD | | City-State-Zip: | LONDON   EC2V 5DD |
| | | | | |
| Title | D | | Title | D |
| Name | HODGSON, CHRISTINE | | Name | EVANS, GUY HUEY |
| Address | 1 BASINGHALL AVENUE | | Address | 1 BASINGHALL AVENUE |
| City-State-Zip: | LONDON   EC2V 5DD | | City-State-Zip: | LONDON   EC2V 5DD |
| | | | | |
| Title | D | | Title | D |
| Name | HUNT, JACKIE | | Name | LAWTHER, ROBIN |
| Address | 1 BASINGHALL AVENUE | | Address | 1 BASINGHALL AVENUE |
| City-State-Zip: | LONDON   EC2V 5DD | | City-State-Zip: | LONDON   EC2V 5DD |

**Continues on page 2**

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: STEVEN CRANWELL                          CEO, AMERICAS                     01/19/2023

Electronic Signature of Signing Officer/Director Detail                                              Date

**Officer/Director Detail Continued :**

| | | | | |
|---|---|---|---|---|
| Title | D | | Title | D |
| Name | TANG, DAVID | | Name | WHITBREAD, JASMINE |
| Address | 1 BASINGHALL AVENUE | | Address | 1 BASINGHALL AVENUE |
| City-State-Zip: | LONDON   EC2V 5DD | | City-State-Zip: | LONDON   EC2V 5DD |
| | | | | |
| Title | D | | Title | D |
| Name | RIVETT, PHIL | | Name | RAMOS, MARIA |
| Address | 1 BASINGHALL AVENUE | | Address | 1 BASINGHALL AVENUE |
| City-State-Zip: | LONDON   EC2V 5DD | | City-State-Zip: | LONDON   EC2V 5DD |